# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137659 | Zweck | 323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged: ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 06/21/2025 | MTA 21-801.1 |

**Place of Offense:** Ditto Avenue, Fort Detrick MD

**Offense Description; Factual Basis for Charge:** MTA 21-801.1 Exceed max speed 34mph in a 20mph Zone

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Ducket | Sonata | Renae |

**Street Address:** [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☒ | Color |
|---|---|---|---|---|---|
| 4GM0990 | MD | 25 | Pors | | Gray |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedman Drive, Fort Detrick MD 21702

**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2137659*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 21**, 20**25** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

on 20250621 at 0915Hrs I observed a Grey Porsche bearing MD Reg 4GM0990 Traveling South on Ditto Avenue at a high rate of speed. My visual observation was confirmed by RADAR with an Audio/Digital display of 34mph in a clearly Posted 20mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Ducket by their Drivers License. After making contact with Ducket, I was informed they were unaware ~~to the speed~~ the speed that they were Traveling.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/21/2025**   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident